UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>BUFFIN *et al.*<br><br>　　　Defendant. | CASE NO. MJ 12-70364-2-MAG<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DETENTION HEARING**<br><br>SAN FRANCISCO VENUE<br><br>Current Dates: April 5, 2012 for Status;<br><br>Proposed Date: April 16, 2012 for Status<br><br>Location:  Oakland Courthouse |

　　　The above-captioned case is currently scheduled for a detention hearing on April 5, 2012. Assistant United States Attorney Natalie Lee has notified defense counsel that she has learned that he county probation office is going to execute a probation hold on Mr. Meyers. It is the intention of both parties to continue the detention hearing the remaining days to allow probation to lodge their hold if they chose to do so, pursuant to 18 U.S.C. §3142(d). Accordingly, the parties now stipulate and jointly request that the status date be continued to April 16, 2012 at 9:30 A.M.

Case No. MJ-12-70364-2.

IT IS SO STIPULATED

|   04/04/2012   | | /s/ |
|---|---|---|
| DATED | | MELINDA HAAG |
| | | United States Attorney |
| | | Northern District of California |
| | | NATALIE LEE |
| | | Assistant United States Attorney |

|   04/04/2012   | | /s/ |
|---|---|---|
| DATED | | ERICK L. GUZMAN |
| | | Attorney for Mr. Meyers |

Stipulation and [Proposed] order continuing     2
detention hearing.

## [~~PROPOSED~~] ORDER

For good cause shown, the status conference now scheduled for April 5, 2012, be continued to April 16, 2012.

IT IS SO ORDERED.

4/4/2012
DATED

*Bernard Zimmerman*
HON. BERNARD ZIMMERMAN
United States Magistrate Judge

Stipulation and [Proposed] order continuing     3
detention hearing.